Sandra KEMPER, Now known as Sandra Bryant, Appellant,

v.

ST. LOUIS COUNTY, Appellee.

No. 09–2152.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 11, 2010.

Filed: Feb. 17, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Sandra Kemper appeals the district court's [1] order dismissing her federal civil rights and state-law tort claims against St. Louis County. After careful de novo review, *see O'Neil v. Simplicity, Inc.*, 574 F.3d 501, 503 (8th Cir.2009) (dismissal), *Cousineau v. Norstan, Inc.*, 322 F.3d 493, 499 (8th Cir.2003) (questions of state law), we conclude that dismissal was proper for the reasons stated by the district court.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District